**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 3:13-CR-006-RCJ-(WGC) |
| GARY KENT JOHNSON, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On March 15, 2013, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant GARY KENT JOHNSON to the criminal offense, forfeiting specific property alleged in the Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant GARY KENT JOHNSON pled guilty. Indictment, ECF No. 1; Plea Agreement, ECF No. 17; Preliminary Order of Forfeiture, ECF No. 19.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 16, 2013, through April 14, 2013, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 23.

. . .

1    This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.
3    This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.
5    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
9  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
10 law:

   (1)   a Ruger, model LCR, .38 caliber revolver, serial number 541-04054;

   (2)   a Glock, model 31, .357 caliber pistol, serial number PUL598;

   (3)   a Heckler & Kock, model USP9, 9 mm pistol, serial number 24-070388;

   (4)   a Taurus, model 85, .38 caliber revolver, serial number KF44315; and

   (5)   any and all ammunition.

   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

   The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

   DATED this 12th day of July, 2013.

                                    _____
                                    UNITED STATES DISTRICT JUDGE

2